# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:05CV253

| | |
|---|---|
| R. J. REYNOLDS TOBACCO COMPANY, )<br>       **Plaintiff,** )<br>)<br>v. )<br>)<br>MARKET BASKET FOOD STORES, )<br>INC., et al., )<br>       **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Defendants Dave Ritchie and Dave's Distributing's Motion for Admission of Counsel *Pro Hac Vice*" (Document No. 28), filed October 6, 2005 by Dave Ritchie and Dave's Distributing with respect to Robert L. Brooke, Ashley L. Taylor, Jr., and Bryan M. Haynes. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Defendants Dave Ritchie and Dave's Distributing's Motion for Admission of Counsel *Pro Hac Vice*" (Document No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Brooke, Mr. Taylor, and Mr. Haynes each pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: October 12, 2005**

---
David C. Keesler
United States Magistrate Judge