UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:05CV253-V

R.J. REYNOLDS TOBACCO CO., )
)
    Plaintiff, )
)
v. )
) **ORDER**
MARKET BASKET FOOD STORES, INC., )
et al. )
)
    Defendants. )

This matter is before the Court on the Motion of Dustin R. Bagwell for admission as counsel *pro hac vice* on behalf of Defendants RJ Marketing, Inc. and Jason Carpenter (collectively "Defendants") filed on October ___, 2005.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Dustin R. Bagwell shall be admitted to appear before this Court *pro hac vice* on behalf of Defendants upon payment of the sum of One Hundred Dollars ($100.00) to the Clerk of Court within ten (10) days of the date of the filing of this Order.

This the 14th day of October, 2005.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE