IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| R. J. Reynolds Tobacco Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Market Basket Food Stores, Inc., et. al. )<br>)<br>Defendants. )<br>) | Civil Action No. 5:05cv253<br><br>JURY TRIAL REQUESTED<br><br>ORDER |

Defendant Ronald Clark's counsel, Larry V. Roberts, having filed the Motion To Practice *Pro Hac Vice* and representing that Larry V. Roberts is licensed to practice law in Tennessee (1993), Virginia (1992) and Florida (1992 - inactive), United States District Court, Eastern District of Tennessee (1993) and United States District Court, Western District of Virginia (1993), it is **ORDERED** that Larry V. Roberts is admitted to practice *Pro Hac Vice* in this case.



JUDGE