# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
#### CIVIL ACTION NO. 5:05CV253-V

R.J. REYNOLDS TOBACCO CO., )
)
    Plaintiff, )
)
v. )
)     **ORDER**
MARKET BASKET FOOD STORES, INC., )
RJ MARKETING, INC., )
J&L DISTRIBUTORS, and ) Civil Action No. 5:05-CV-253
DWI WHOLESALE, LLC )
)
    Defendants. )

This matter is before the Court on the Motion of Dustin R. Bagwell for admission as counsel *pro hac vice* on behalf of Defendants Market Basket Food Stores, Inc. and Steve Hunt (collectively "Defendants") filed on October ___, 2005.

Upon review and consideration of the Motion and the Declaration filed in support thereof, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Dustin R. Bagwell shall be admitted to appear before this Court *pro hac vice* on behalf of Defendants upon payment of the sum of One Hundred Dollars ($100.00) to the Clerk of Court within ten (10) days of the date of the filing of this Order.

This the 21st day of October, 2005.


DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE