

RECEIVED
CHARLOTTE, N.C.
OCT 20 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
Civil Action No. 5:05-CV-253

| | |
|---|---|
| R.J. Reynolds Tobacco Company,<br>Plaintiff | )<br>)<br>) |
| v. | )    Civil Action No.: 5:05-CV-253 |
| Market Basket Food Stores, Inc., et al.,<br>Defendants | )<br>)<br>) |

## ORDER

**THIS CAUSE** coming before the Court upon counsel for Defendants Appalachian Oil Company, Inc., and Jeff Benedict's Motion for Admission Pro Hac Vice of Gary C. Shockley. Upon consideration of the motion, it is hereby

**ORDERED AND ADJUDGED** that plaintiff's Motion for Admission Pro Hac Vice of Gary C. Shockley is **GRANTED**.

SO ORDERED this 11th day of November ~~October~~ 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

4

CLT 691012v1
N GS 539629 v1
2830023-000039  10/14/05