# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| R.J. Reynolds Tobacco Company, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Market Basket Food Stores, Inc., *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 05CV253 |

## ORDER FOR ADMISSION PRO HAC VICE

THIS CAUSE coming on to be considered before the undersigned Judge Presiding in the United States District Court, Western District of North Carolina, on the motion to admit Richard H. Deane, Jr., Michael R. Shumaker, Laura Tuell Parcher, David S. Rutkowski and Melissa D. Stear, *pro hac vice* in this action. The Court having considered this matter and being of the opinion that this motion should be allowed;

NOW THEREFORE, it is hereby ORDERED that Richard H. Deane, Jr., Michael R. Shumaker, Laura Tuell Parcher, David S. Rutkowski and Melissa D. Stear, be and hereby are admitted *pro hac vice* to appear in this action on behalf of Plaintiff.

DATED: 11/7/05

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE