RECEIVED
STATESVILLE, NC

NOV 28 2005

Clerk, U. S. Dist. Court
W. Dist of N. C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| R.J. Reynolds Tobacco Company, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| Market Basket Food Stores, Inc., *et al.* | ) | **Civil Action No. 05CV253** |
| Defendants. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JAMES CRUMP AND HOLIDAY FOODS

The Court considered the Joint Motion to Dismiss of Plaintiff R.J. Reynolds Tobacco Company (hereinafter "RJRT") and Defendants James Crump and BCW Properties, Inc., d/b/a Holiday Foods (hereinafter the "Holiday Foods Defendants") brought under Federal Rule of Civil Procedure 41(a)(2), and acknowledges that all matters among those parties which were or could have been asserted in the above-referenced lawsuit have been resolved by agreement between them.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all causes of action or claims asserted by RJRT against the Holiday Food Defendants in the above-referenced lawsuit, or which could have been asserted by RJRT against the Holiday Foods Defendants, or vice versa, are dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this order does not dismiss RJRT's claims against the remaining Defendants in this action, all such claims being expressly reserved by RJRT.

DOCUMENT
SCANNED

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, as between RJRT and the Holiday Foods Defendants, each party shall be responsible for their respective costs and legal fees.

This _12th_ day of _Dec._, 2005.

_[signature]_
Richard L. Voorhees
United States District Judge

AGREED AS TO FORM AND CONTENT:

_[signature]_
Forrest A. Ferrell, N.C. State Bar No. 1439
Sigmon, Clark, Mackie, Hutton,
Hanvey & Ferrell, P.A.
420 B Third Avenue NW
Hickory, NC 28603
Tel: (828) 328-2596
Fax: (828) 328-6876
*Attorney for Plaintiff*
*R.J. Reynolds Tobacco Co.*

W. Andrew Copenhaver
Ronald R. Davis
Womble, Carlyle, Sandridge & Rice
P.O. Box 84
Winston-Salem, NC 27102
Tel.: (336) 721-3600
*Attorney for Plaintiff*
*R.J. Reynolds Tobacco Co.*

OF COUNSEL
Richard H. Deane, Jr.
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
Tel.: (404) 521-3939
*Attorney for Plaintiff*
*R.J. Reynolds Tobacco Co.*

_[signature]_
Bruce W. Vanderbloemen
Todd, Vanderbloemen & Brady, P.A.
214 Ridge Street, Northwest
P.O. Drawer 1320
Lenoir, N.C. 28645-5227
*Attorney for Defendant BCW Properties, Inc.*
*d.b.a. Holiday Foods and Defendant James*
*Crump*

OF COUNSEL
Michael R. Shumaker
Laura Tuell Parcher
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 879-3939
*Attorney for Plaintiff*
*R.J. Reynolds Tobacco Co.*