UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.: 5:05CV253-V

| | |
|---|---|
| R.J. Reynolds Tobacco Company, ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Market Basket Food Stores, Inc., ) | |
| et al., ) | |
|       Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on a "Joint Motion To Dismiss With Prejudice Defendants Jason Carpenter and R.J. Marketing," filed February 2, 2007. (Document #207) Upon review of the parties' joint motion, the Court will grant the requested relief and dismiss these Defendants from the action.

**IT IS HEREBY ORDERED** that the claims asserted by Plaintiff RJR against Defendants Jason Carpenter and R.J. Marketing are **DISMISSED with prejudice**. The dismissal of Defendants Carpenter and R. J. Marketing shall not constitute a dismissal of Plaintiff's claims against any of the other remaining Defendants.

Signed: February 8, 2007

Richard L. Voorhees
United States District Judge

1