IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
STATESVILLE, N.C.

MAR 6 2007

U.S. DISTRICT COURT
W. DIST. OF NC

| | |
|---|---|
| R.J. Reynolds Tobacco Company, ) | |
| ) | 5:05CV253 |
| Plaintiff, ) | Civil Action No. 05CV253 |
| vs. ) | |
| ) | |
| Market Basket Food Stores, Inc., *et al.*, ) | Hon. Richard L. Voorhees |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS WHTO AND MICHAEL PATRICK

The Court considered the Joint Motion to Dismiss of Plaintiff R.J. Reynolds Tobacco Company (hereinafter "RJRT") and Defendants Map of Virginia, Inc. d.b.a. Wholesale House Tobacco Outlet ("WHTO") and Michael Patrick brought under Federal Rule of Civil Procedure 41(a)(2), and acknowledges that all matters among and between those parties which were or could have been asserted in the above-referenced lawsuit have been resolved by respective agreements between them.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all causes of action or claims asserted by RJRT against WHTO and Patrick in the above-referenced lawsuit, or which could have been asserted by RJRT against WHTO and Patrick, or vice versa, are dismissed with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this order does not dismiss RJRT's claims against the remaining Defendants in this action, all such claims being expressly reserved by RJRT.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, as between RJRT, WHTO and Patrick, each party shall be responsible for their respective legal fees and court costs.

This 1st day of March, 2007

Richard L. Voorhees
United States District Judge