**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| R.J. Reynolds Tobacco Company, ) | |
| ) | |
| Plaintiff, ) | **Civil Action No. 05CV253** |
| vs. ) | |
| ) | |
| Market Basket Food Stores, Inc., *et al.*, ) | **Hon. Richard L. Voorhees** |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE OF**
**DEFENDANTS STEPHEN HUNT, MARKET BASKET,**
**DANNY HILEMAN AND HILEMAN TOBACCO OUTLET**

The Court considered the respective Joint Motions to Dismiss of Plaintiff R.J. Reynolds

Tobacco Company (hereinafter "RJRT") and Defendants Stephen Hunt and Market Basket Food

Stores, Inc. (collectively the "Market Basket Defendant Group") and Danny Hileman and

Hileman Tobacco Outlet, Inc. (collectively the "Hileman Tobacco Defendant Group") brought

under Federal Rule of Civil Procedure 41(a)(2), and acknowledges that all matters among and

between those parties which were or could have been asserted in the above-referenced lawsuit

have been resolved by respective agreements between them.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all causes of action

or claims asserted by RJRT against the Market Basket Defendant Group and the Hileman

Tobacco Defendant Group in the above-referenced lawsuit, or which could have been asserted by

RJRT against those parties, or vice versa, are dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, as between RJRT and the Market Basket Defendant Group and the Hileman Tobacco Defendant Group, each party shall be responsible for their respective legal fees and court costs.

This **30**th day of **March**, 2007

Richard L. Voorhees
United States District Judge